IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCE ZITO, individually and dba BEST OF
THE BAY COLLISION REPAIR,

    Plaintiff,

v.

STATE FARM GENERAL INSURANCE
COMPANY, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,
and DOES 1 through 100, inclusive,

    Defendants.
_____/

No. C 06-06508 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on January 5, 2007 on Plaintiff's motion to remand. The Court HEREBY ORDERS that Defendants' opposition to this motion shall be due by Monday, November 13, 2006 and Plaintiff's reply, if any, shall be due by Monday, November 20, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 30, 2006

                                       JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE

Dockets.Justia.com